No. 78–6519.   MONTEZ v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 78–6534.   WASHINGTON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–6552.   SEMAAN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–6560.   WATSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–6562.   SOTO-CAMARENA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–6563.   HUFAULT v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 78–6570.   WESSON ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–6573.   SHEFFIELD v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 78–6574.   PERKINS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–6578.   BARTLETT v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 78–6583.   LIZARRAGA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–6584.   BOGGS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–1172.   TORMEY ET AL. v. DE LA CRUZ ET AL.   C. A. 9th Cir.   Motion of respondents for leave to proceed in forma pauperis granted.   Motion of respondents to add parties or, in the alternative, motion of Mary Evans et al. for leave to intervene denied.   Certiorari denied.